| Reset Form | Print Form |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL
CRIMINAL RULE 57.4

In Case Number  15-00443_____, Case Name  JENKINS et al v. EQUIFAX INFORMATION S_

Party Represented by Applicant:  PLAINTIFFS

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

### PERSONAL STATEMENT

FULL NAME (no initials, please)  JAMES ARTHUR FRANCIS

Bar Identification Number  77474          State  PENNSYLVANIA

Firm Name  FRANCIS & MAILMAN, P.C.

Firm Phone #  (215) 735-8600          Direct Dial #  (215) 735-8600          FAX #  (215) 940-8000

E-Mail Address  jfrancis@consumerlawfirm.com

Office **Mailing** Address  100 S. BROAD STREET, 19TH FLOOR, PHILADELPHIA PA 19130

Name(s) of federal court(s) in which I have been admitted  See attached.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission
privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a
member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court
and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of
Evidence is current.

I am _____ am not _×_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant
personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have
examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and
petition the court to admit the applicant *pro hac vice.*

_____          11/20/15
(Signature)                                (Date)
LEONARD A. BENNETT                         37523
_____
(Typed or Printed Name)                    (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

_____          _____
(Judge's Signature)                        (Date)

## James A. Francis Court Admissions Information

**Pennsylvania Supreme Court**
Admitted 1996
PA Bar No. 77474
Pennsylvania Judicial Center
601 Commonwealth Ave., Harrisburg, PA 17106

**U.S. District Court for the Eastern District of Pennsylvania**
Admitted 1997
PA Bar No. 77474
601 Market Street, Room 2609, Philadelphia PA 19106-1797

**U.S. District Court for the Middle District of Pennsylvania**
Admitted 2009
PA Bar No. 77474
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue, Scranton, PA 18503

**U.S. District Court for the District of New Jersey**
Admitted 1996
NJ Bar No. 012601996
Clarkson S. Fisher Federal Building and United States Courthouse
402 East State Street, Room 2020, Trenton, NJ 08608

**U.S. District Court for the Eastern District of Michigan**
Admitted 2011
231 W. Lafayette Blvd., Detroit, MI 48226

**U.S. District Court for the Northern District of Oklahoma**
Admitted 2010
Page Belcher Federal Building
333 W. 4th Street, Room 411, Tulsa, OK 74103

**U.S. Court of Appeals for the Third Circuit**
Admitted 2002
PA Bar No. 77474
21400 U.S. Court House
601 Market Street, Philadelphia, PA 19106

**U.S. Court of Appeals for the Ninth Circuit**
Admitted 2012
The James R. Browning Courthouse
95 7th Street, San Francisco, CA 94103

**U.S. Court of Appeals for the Fourth Circuit**
Admitted 2014
Lewis F. Powell Jr. Courthouse & Annex
1100 East Main Street, Suite 501
Richmond, VA 23219