**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| JAMES JENKINS, NATASHA THOMAS, KEITH BOHANNON, HAMPTON BROWN, RACHEL SIMMS, CONNIE VOSS, CAROLYN CLARK, JAMES NEILL, and NATHANIEL LEWIS<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | Case No.: 3:15-cv-443 |

## JOINT STATUS REPORT AND REQUEST FOR EXTENSION OF STAY

This is a class action under the Fair Credit Reporting Act. The parties have been in settlement discussions and had mediation scheduled in Atlanta, Georgia for December 7, 2015. Prior to the scheduled mediation, the parties determined that additional pre-mediation analysis and efforts were required before a productive mediation could occur. Accordingly, the parties have agreed to reschedule the mediation for a date to be determined in January, 2016. The mediation will be conducted by the Honorable Stanley Birch in Atlanta. The parties and Judge Birch are working to set a mutually agreeable date in January. The parties do not anticipate the need to reschedule the mediation again.

Accordingly, the parties respectfully request that the Court extend the stay of the case through and including February 1, 2016 and the deadline for Equifax to file its response to the Complaint through and including February 3, 2016.

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services LLC
John W. Montgomery, Jr., Attorney, PLC
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Telephone (804) 355-8744
Facsimile (804) 355-8748
Email jmontgomery@jwm-law.com


/s/
Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Counsel for Plaintiffs
KELLY & CRANDALL, PLC
4084 University Drive, Suite 202A
Fairfax, Virginia 22030
(703) 424-7576 Telephone
(703) 591-9285 - Facsimile
E-mail: kkelly@kellyandcrandall.com
E-mail: aguzzo@kellyandcrandall.com

Leonard A. Bennett, Esq. VSB #37523
Susan Rotkis, Esq. VSB #40639
Counsel for Plaintiffs
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@clalegal.com
E-mail: srotkis@clalegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of December, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Matthew James Erausquin
Consumer Litgation Associates PC (Alex)
1800 Diagonal Rd
Suite 600
Alexandria, VA 22314

Leonard Bennett
Susan Mary Rotkis
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601

Kristi C. Kelly
Andrew J. Guzzo
Kelly & Crandall, PLC
4084 University Drive, Suite 202A
Fairfax, VA 22030
Attorneys for Plaintiffs

                                  /s/
                                  John W. Montgomery, Jr.
                                  Virginia State Bar No. 37149
                                  Counsel for Equifax Information Services, LLC
                                  John W. Montgomery, Jr., Attorney, PLC
                                  2116 Dabney Road, Suite A-1
                                  Richmond, VA 23230
                                  Telephone (804) 355-8744
                                  Facsimile (804) 355-8748
                                  Email: jmontgomery@jwm-law.com