**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| JAMES JENKINS, *et al.*, individually and on behalf of all others similarly situated, | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 3:15-cv-443 |
| EQUIFAX INFORMATION SERVICES, LLC, | : : | |
| Defendant. | : | |

## MOTION TO AMEND/CORRECT THE PRELIMINARY APPROVAL ORDER

The Plaintiffs, with the consent of the Defendant, Equifax Information Services, LLC, hereby move to amend the proposed Preliminary Approval Order (Dkt. 30-1) submitted in support of the parties' Joint Motion for Preliminary Approval Order (Dkt. 29). The attached Preliminary Approval Order addresses the issues raised on June 14, 2016, at the hearing on the Joint Motion for Preliminary Approval. For the reasons stated in the Joint Motion for Preliminary Approval and during the hearing on June 14, 2016, the parties respectfully request the Court to enter the attached Preliminary Approval Order.

          Respectfully submitted,
          **PLAINTIFFS,**
          *individually and on behalf of all*
          *others similarly situated*

          By:     /s/
                Of Counsel

Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
KELLY & CRANDALL, PLC
4084 University Drive, Suite 202A
Fairfax, Virginia 22030
(703) 424-7576 Telephone

(703) 591-9285 - Facsimile  
E-mail:  kkelly@kellyandcrandall.com  
E-mail: aguzzo@kellyandcrandall.com

*Counsel for the Plaintiffs*

# **CERTIFICATE OF SERVICE**

   I hereby certify that on the 21st day of June, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John W. Montgomery, Jr.  
JOHN W. MONTGOMERY, JR. ATTORNEY, PLC  
2116 Dabney Road, Suite A-1  
Richmond, Virginia 23230  
Tel: (804) 355-8744  
Fax: (804) 355-8748  
Email: jmontgomery@jwm-law.com

Phyllis B. Sumner. *pro hac vice*  
King & Spalding  
1180 Peachtree St NE  
Atlanta, GA 30309-3521  
Tel: (404) 572-4799  
Fax: (404) 572-5100  
Email: psumner@kslaw.com

*Counsel for the Defendant*

       /s/  
    Kristi Cahoon Kelly, VSB #72791  
    K<small>ELLY</small> & C<small>RANDALL</small>, PLC  
   4084 University Drive, Suite 202A  
     Fairfax, Virginia 22030  
    (703) 424-7570 - Telephone  
    (703) 591-9285 - Facsimile  
 E-mail:  kkelly@kellyandcrandall.com  
    *Counsel for Plaintiffs*