UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

JAMES JENKINS, et al.,

    Plaintiffs,

v.                                          Case No.: 3:15-cv-00443-MHL

EQUIFAX INFORMATION SERVICES LLC,

    Defendant.

## [PROPOSED] ORDER

This cause, having come before this Court on the Joint Motion to Continue Final Fairness Hearing filed by Defendant Equifax Information Services LLC ("Equifax"), to reschedule the final fairness hearing currently scheduled on September 21, 2016 to October 28, 2016 in order to assure that sufficient time exists for the class members to serve objections, if any, and for the other details of the class notice and administration to be handled in an orderly fashion, and the Parties having agreed to the extension, it is, therefore:

ORDERED that the motion is granted and the final fairness hearing is hereby rescheduled to October 28, 2016.

SO ORDERED, this the 22nd day of August, 2016.

/s/ MHL
M. Hannah Lauck
United States District Judge
_____
Honorable United States District Court Judge