*Jenkins v. Equifax Information Services, LLC* case

*Jenkins v.- Equifax Information Services, LLC*, Civil Action No. 3:15-cv-443

Daniel B. Rubin [member of class settlement]

570 Avenida Del Cielo

Fountain, CO. 80817

719-330-6152



## RE: OBJECTION TO CLASS ACTION SETTLEMENT

To the best of my knowledge I am a member of said class settlement.

I †object to the defendants' "service based settlement" on the following grounds:

† By forcing my agreement to either a "service based settlement" from a corporation that I would never seek for credit services, or to exempt myself completely from settlement.

† Settlement conflicts with my personal and religious beliefs of associating with a credit reporting agency that commits unethical acts.

† I seek the monetary value of said "settlement services" offered by the defendant, to use as I see fit for punitive damages and credit monitoring services that comply with my ethical and moral beliefs.

_____     9-6-16
Signature of above Plaintiff          Date

*A copy of the following objection has been sent to the following court clerk and legal counsel as required*

| Court | Class Counsel | Defense Counsel |
|---|---|---|
| Clerk of the Court United States District Court 701 East Broad Street Richmond, VA 23219 | Leonard A. Bennett Consumer Litigation Associates, P.C. 763 J. Clyde Morris Blvd., Suite 1-A Newport News, VA 23601 | Phyllis B. Sumner King & Spalding LLP 1180 Peachtree Street NE Atlanta, GA 30309 |