I wish to exclude myself & opt out & also object to the settling settlement

Jenkins v. Equifax Information Services, LLC ~~Village~~
Civil Action No. 3:15-cv-443
Lakendra K. Blackman
420 St. Clair Ave Lima, Ohio 45800
419-549-2903

To the Best of my Knowledge I am a member of the Settlement.

The Factual basis & legal grounds for my objection to the settlement is

I L. Blackman being the consumer who requested a copy of my credit file disclosures from Equifax at the time of my requests. My credit file disclosures contained one or more public Record Item my bankruptcy, liens or judgments. Equifax did not identify its public records vendors as the source of the public Record information consumer credit file disclosures it provided to me as the plaintiff. Violation of the FCRA. July 28-2013 thru and April 14 2016.

9-28-16

I LAKENDRA R. Blackman,
decline from the settlement
& I wish to opt out and
I wish to object to the
settlement.

I believe that my rights
have been violated by equifax
which includes the
Jenkins vs-equifax case No
No. 3:15-CV-00443-MH &
United States District Court for the
Eastern District of Virginia.

I am requesting to be excluded
from the class settlement in
James Jenkins, et al... V Equifax Information
Services LCC, United States District of
Virginia, Case No 3:15-CV-00443 MHL.

9-28-16

I do not wish to
settle because I Sakendra
Blackman feel it is
not confinsation.
The actions of Equifax
was a violation and $269 worth
of their services does not
satisfy me.
$15000 would still be close
to or be a settleing amount
in my opionion.

Sincerely
MS. Sakendra
Blackman

Please Call me
414-549-2903

9-28-16.
I feel Equifax
violated the FCRA.

# Exclusion Request – *Jenkins v. Equifax* Settlement Administrator

**FILL OUT AND RETURN THIS FORM ONLY IF YOU WISH TO EXCLUDE YOURSELF FROM THE SETTLEMENT. IF YOU WISH TO PARTICIPATE IN THE SETTLEMENT, YOU DO NOT NEED TO RETURN THIS FORM.**

☞ I am opting out of the Settlement in *James Jenkins v. Equifax Information Services LLC.* Civil Action No. 3:15-cv-00443-MHL.

**First Name**
LAKENDRA

**M.I.**
R

**Last Name**
BLACKMAN

**Current Address**
420 St. Clair Avenue

**Continuation of Current Address**

**City**
LIMA

**State**
OH

**Zip Code**
45801

**Phone number**
419-549-2903

(Signature) *[signature]*

RECEIVED
OCT 3 2016
CLERK, U.S. DISTRICT COURT
RICHMOND, VA