IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| JAMES JENKINS, *et al.*, individually and on behalf of all others similarly situated, | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 3:15-cv-443 |
| EQUIFAX INFORMATION SERVICES, LLC, | : : | |
| Defendant. | : | |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT
AND FOR ATTORNEY'S FEES, EXPENSES, AND
<u>CLASS REPRESENTATIVE SERVICE AWARDS</u>**

The Plaintiffs, James Jenkins, Natasha Thomas, Keith Bohannon, Hampton Brown, Rachel Simms, Connie Voss, Carolyn Clark, James Neill, and Nathaniel Lewis, by counsel, hereby move for final approval of this class action settlement and for approval of their request for attorney's fees, expenses, and class representative services awards for the reasons set forth in the contemporaneously filed memorandum of law.

                                                                                Respectfully submitted,
                                                                                **PLAINTIFFS,**
                                                                                *individually and on behalf of all others similarly situated*

                                                                                By:         /s/
                                                                                        Of Counsel

Matthew J. Erausquin, VSB No. 65434
*Counsel for the Plaintiffs*
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel: (703) 273-7770
Fax: (888) 892-3512
Email: matt@clalegal.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 18th day of October, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John W. Montgomery, Jr.
JOHN W. MONTGOMERY, JR. ATTORNEY, PLC
2116 Dabney Road, Suite A-1
Richmond, Virginia 23230
Tel:    (804) 355-8744
Fax:    (804) 355-8748
Email: jmontgomery@jwm-law.com

Phyllis B. Sumner. *pro hac vice*
King & Spalding
1180 Peachtree St NE
Atlanta, GA 30309-3521
Tel:    (404) 572-4799
Fax:    (404) 572-5100
Email: psumner@kslaw.com

*Counsel for the Defendant*

                              /s/
                    Matthew J. Erausquin, VSB No. 65434
                    *Counsel for the Plaintiffs*
                    CONSUMER LITIGATION ASSOCIATES, P.C.
                    1800 Diagonal Road, Suite 600
                    Alexandria, VA 22314
                    Tel: (703) 273-7770
                    Fax: (888) 892-3512
                    Email:  matt@clalegal.com