UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



FILED
NOV 2 5 2016
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| JAMES JENKINS, et al<br><br>        Plaintiff(s)<br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC<br><br>        Defendant(s) | )<br>)<br>)<br>)<br>)<br>) Case No. 3:15 cv 00443 (MHL)<br>)<br>)<br>) |

## NOTICE OF APPEAL

Notice is hereby given that Adam Bezer, class member and objector in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on October 31, 2016 (Document 73).

Date: November 21, 2016

_____
Adam Bezer, *pro se*
248 Melrose Street, Apartment 2L
Brooklyn, NY 11206

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed and served on the following parties on or before November 22, 2016, by United States Regular Mail:

Clerk of the Court
United States District Court
701 East Broad Street
Richmond, VA 23219

Plaintiff's Counsel
Leonard A. Bennett, Esq.
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601

Defendant's Counsel
Phyllis B. Sumner
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 3030

_____
Adam Bezer, *pro se*