IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Richmond Division

JAMES JENKINS, et al.,

                Plaintiffs

v.                                              CASE NO. 3:15cv00443-MHL

EQUIFAX INFORMATION SERVICES, LLC,
                Defendant

## ORDER

A Final Order approving settlement of this matter was entered on October 31, 2016. The Motion for Leave to File Objection to Class Settlement, (ECF NO. 83) and Motion for Leave to File Appeal to the Fourth Circuit Court of Appeals, (ECF NO. 85), filed by Scott C. Anderson are DENIED for the following reasons:

1. Anderson, having opted out, is not a member of the class settlement;

2. Anderson, lacks standing to appeal because he is not a member of the class;

3. Any objection or motion to seek leave to file an appeal is untimely filed; and,

4. Anderson cannot appeal on a delayed basis because any motion to do so also is untimely under 28 U.S.C. § 2107, and he does not meet the substantive prerequisites, including show good cause or excusable neglect.

Let the Clerk send a copy of this order to Anderson and all counsel of record.

It is so ORDERED.

                                                          /s/
                                      M. Hannah Lauck
                                      United States District Court

Date: March 21, 2017