UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-2350
(3:15-cv-00443-MHL)

_____

JAMES JENKINS, on behalf of himself and all other similarly situated individuals

    Plaintiff - Appellee

and

EQUIFAX INFORMATION SERVICES, LLC

    Defendant - Appellee

v.

ADAM BEZER

    Party-in-Interest - Appellant

 and

NATASHA THOMAS, on behalf of herself and all other similarly situated individuals; KEITH BOHANNON, on behalf of himself and all other similarly situated individuals; HAMPTON BROWN, on behalf of himself and other similary situated individuals; RACHEL SIMMS, on behalf of herself and all other similarly situated individuals; CONNIE VOSS, on behalf of herself and all other similarly situated individuals; CAROLYN CLARK, on behalf of herself and all other similary situated individuals; JAMES NEILL, on behalf of himself and all other similarly situated individuals; NATHANIEL LEWIS, on behalf of herself and all other similarly situated individuals

    Plaintiffs

_____

O R D E R
_____

Upon consideration of the stipulated motion to voluntarily dismiss, the court dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

> For the Court--By Direction
>
> /s/ Patricia S. Connor, Clerk